Christine L. Reinert, #44737
MacMillan, Scholz, and Marks, LLC
4640 SW Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: creinert@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Erica Fot and John Fot,<br><br>   Plaintiff,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No.: 3:23-cv-05996-TMC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

  Pursuant to plaintiff's Motion to Dismiss and the Court being fully advised in the premises,

  IT IS ORDERED AND ADJUDGED that the above-captioned case is dismissed without prejudice and without award of costs to any party.

  Dated this 16th day of January, 2024.

               _____
               Tiffany M. Cartwright
               United States District Judge

Respectfully Submitted by:

By: */s/Christine L. Reinert*
  CHRISTINE L. REINERT,   #44737
  creinert@msmlegal.com
  Of Attorneys for Plaintiff

1 – ORDER OF DISMISSAL WITHOUT PREJUDICE